IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEENEN KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-43-WHA |
| | ) | [WO] |
| WARDEN HENLINE OF E.C.J., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

Before the court is the Recommendation of the Magistrate Judge entered March 12, 2018. Doc. 8. There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 8) is ADOPTED;

2. This action is DISMISSED without prejudice.

A Final Judgment will be entered separately.

Done, this 27th day of March 2018.

      /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE